IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CV-00322-F

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JACKIE DOBSON PRITCHETT, )<br>TONY EDWIN PRITCHETT, SR., )<br>TONY EDWIN PRITCHETT, JR., )<br>AND IMAGE FINANCIAL, LLC, )<br>D/B/A C & S FINANCIAL, IMAGE, )<br>IMAGE COMMUNICATIONS, )<br>IMAGE MARKETING, IMAGE )<br>COMMUNICATION/MARKETING, )<br>IMAGE COMMUNICATION MARKETING )<br>)<br>Defendants. ) | ORDER TO COMPEL<br>DISCOVERY |

The matter before the Court is the Motion of the United States, to compel the Defendants, Tony Edwin Pritchett, Sr., Tony Edwin Pritchett, Jr., and Image Financial, LLC , D/B/A C & S Financial, Image, Image Communications, Image Marketing, Image Communication/Marketing,and Image Communication Marketing, (hereinafter "Image Financial"), to provide answers to the Plaintiff's interrogatories and request for production of documents, pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure. [DE-37.] No response has been filed by Defendants.

For good cause shown, the Court,pursuant to Rule 37 of the Federal Rules of Civil Procedure,hereby orders that Tony Edwin Pritchett, Sr., Tony Edwin Pritchett, Jr., and Image Financial provide their answers to the Plaintiff's interrogatories and their responses to the

Plaintiff's request for production of documents by the 11th day of June, 2010.

SO ORDERED.

This, the 24th day of May, 2010.

_____
David W. Daniel
United States Magistrate Judge