UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CV-322-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JACKIE DOBSON PRITCHETT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The parties' joint motion for court-hosted settlement conference [DE-23] is ALLOWED. United States Magistrate Judge Robert B. Jones, Jr., hereby is APPOINTED settlement master, and is DIRECTED to consult with counsel and to schedule a settlement conference **on or before July 15, 2010.** The settlement conference shall be conducted pursuant to the provisions of Local Civil Rule 101.1, EDNC.

SO ORDERED.

This the 28th day of May, 2010.

James C. Fox
Senior United States District Judge