UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CV-322-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JACKIE DOBSON PRITCHETT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The parties' corrected joint motion for court-hosted settlement conference [DE-54] is ALLOWED. United States Magistrate Judge Robert B. Jones, Jr., hereby is APPOINTED settlement master. The parties are DIRECTED to consult with Magistrate Judge Jones and schedule a settlement conference **on or before August 26, 2010.** The settlement conference shall be conducted pursuant to the provisions of Local Civil Rule 101.1, EDNC. The original motion for court-hosted settlement conference [De-53] is DENIED as moot.

SO ORDERED.

This the 9th day of August, 2010.

James C. Fox
Senior United States District Judge