IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CV-00322-F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CONSENT ORDER |
| ) | |
| JACKIE DOBSON PRITCHETT, ) | |
| TONY EDWIN PRITCHETT, SR., ) | |
| TONY EDWIN PRITCHETT, JR., ) | |
| AND IMAGE FINANCIAL, LLC, ) | |
| D/B/A C & S FINANCIAL, IMAGE, ) | |
| IMAGE COMMUNICATIONS, ) | |
| IMAGE MARKETING, IMAGE ) | |
| COMMUNICATION/MARKETING, ) | |
| IMAGE COMMUNICATION MARKETING ) | |
| ) | |
| Defendants. ) | |

The undersigned parties have informed the Court that they have settled the litigation. By his signature below, Tony Edwin Pritchett, Sr. agrees to the terms of this Consent Order.

IT IS HEREBY ORDERED that the Clerk of Court shall enter a judgment against Defendant, Tony Edwin Pritchett, Sr. in the amount of $65,000.00. Interest shall accrue at the post-judgment interest rate of 0.29%.

SO ORDERED this __14__ day of March, 2011.

_____
JAMES C. FOX
Senior United States District Judge

CONSENTED TO:

*/s/ Norman Acker*
G. NORMAN ACKER, III
Assistant United States Attorney
Attorney for Plaintiff

*/s/ Matthew Van Horn*
Matthew I. Van Horn
Attorney for Defendants

*/s/ Tony Edwin Pritchett*
Tony Edwin Pritchett, Sr.
Defendant

Peggy S Pettit    8-31-2014

[Notary Public Seal - Peggy S. Pettit, Gilmer County, GA]