AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JACKIE DOBSON PRITCHETT, TONY EDWIN  )<br>PRITCHETT, JR., TONY EDWIN PRITCHETT,  )<br>SR., IMAGE FINANCIAL, LLC , d/b/a C & S  )<br>FINANCIAL, IMAGE, IMAGE  )<br>COMMUNICATIONS, IMAGE MARKETING,  )<br>IMAGE COMMUNICATION/MARKETING  )<br>IMAGE COMMUNICATION MARKETING,  )<br>    Defendants.  ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:09-CV-322-F** |

**Decision by Court.**

    **IT IS ORDERED AND ADJUDGED** that the Clerk of Court shall enter a judgment against Defendant, Tony Edwin Pritchett, Sr., in the amount of $65,000.00. Interest shall accrue at the post-judgment interest rate of 0.29%.


    THE ABOVE JUDGMENT WAS ENTERED TODAY, **March 14, 2011**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:


G. Norman Acker, III (via CM/ECF Notice of Electronic Filing)

Matthew Ivan Van Horn (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| <u>March 14, 2011</u> | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| |  /s/ Susan K. Edwards<br>*Wilmington, North Carolina   (By)*<br>*Deputy Clerk* |